## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Aldrete, Ellen L

Printed:  10/23/07

Case Number:  04 B 00005
Judge:  Hollis, Pamela S
Filed:  1/2/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Completed:  September 25, 2007
Confirmed:  May 3, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 22,950.00 |  |
| Secured: |  | 8,379.70 |
| Unsecured: |  | 10,344.67 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,125.63 |
| Other Funds: |  | 400.00 |
| Totals: | 22,950.00 | 22,950.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | General Motors Acceptance Corp | Secured | 8,379.70 | 8,379.70 |
| 3. | Bank Of America | Unsecured | 407.95 | 660.38 |
| 4. | ECast Settlement Corp | Unsecured | 607.92 | 984.08 |
| 5. | Discover Financial Services | Unsecured | 952.45 | 1,541.79 |
| 6. | General Motors Acceptance Corp | Unsecured | 151.38 | 245.04 |
| 7. | Resurgent Capital Services | Unsecured | 788.63 | 1,276.59 |
| 8. | ECast Settlement Corp | Unsecured | 466.43 | 755.03 |
| 9. | Resurgent Capital Services | Unsecured | 315.97 | 511.49 |
| 10. | Household Financial Corporation | Unsecured | 348.36 | 563.91 |
| 11. | ECast Settlement Corp | Unsecured | 980.38 | 1,587.04 |
| 12. | United States Dept Of Education | Unsecured | 285.24 | 461.74 |
| 13. | United States Dept Of Education | Unsecured | 455.72 | 737.70 |
| 14. | United States Dept Of Education | Unsecured | 129.88 | 210.23 |
| 15. | Bank One Delaware | Unsecured | 224.50 | 363.41 |
| 16. | United States Dept Of Education | Unsecured | 275.68 | 446.24 |
| | | | _____ | _____ |
| | | | $ 17,470.19 | $ 21,424.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 138.00 |
| 6.5% | 254.99 |
| 3% | 45.00 |
| 5.5% | 246.29 |
| 5% | 72.92 |

30

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Aldrete, Ellen L

Printed:  10/23/07

Case Number:  04 B 00005

Judge:  Hollis, Pamela S

Filed:  1/2/04

| | |
|---|---|
| 4.8% | 147.05 |
| 5.4% | 221.38 |
| | _____ |
| | $ 1,125.63 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

Denise Ashley